**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BENARK, LLC, | : |
| | : |
| Debtor. | : Case No. 24 - 11112 (AMC) |

## CERTIFICATE OF SERVICE

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing ORDER APPROVING EXPEDITED HEARING for Motion of the Debtor Seeking Authority For the Use of Cash Collateral (b) Providing Adequate Protection to Parties of Interest in Cash Collateral; (c) Permit Turnover of Cash Collateral to Debtor; (d) Permit Debtor to Temporarily Maintain its Current Bank Account; and (e) request for expedited consideration, (the "*Motion*") was served by being filed through the Court's electronic filing system upon the following and via e-mail and overnight mail as indicated:

Kacie Cartwright, Esquire, Office of the United States Trustee via e-mail

Richard Furtek, Subchapter V, Trustee via e-mail

Anthony St. Joseph, Esquire, Department of Justice, SBA via e-mail

Arkady Vishnevsky, Owner, Debtor-in-Possession via e-mail

American Express via overnight mail to CT Corporation

Mastercard via overnight mail to Global Headquarters, Purchase, NY

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Proposed Counsel to the Debtor